# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL SAMANTHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-18-696-F |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 12, 2019, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, recommending that defendant's final decision denying plaintiff's application for supplemental security income benefits pursuant to Title XVI of the Social Security Act be affirmed. Magistrate Judge Purcell advised plaintiff of her right to file an objection to the recommended ruling by May 2, 2019 and further advised that failure to make a timely objection waives appellate review of the recommended ruling.

To date, no objection has been filed and no request for an extension of time to file an objection has been submitted. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, United States Magistrate Judge Gary M. Purcell's Report and Recommendation (doc. no. 19) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, denying plaintiff, Joel Samantha Johnson's

application for supplemental security income benefits pursuant to Title XVI of the Social Security Act is **AFFIRMED**.

IT IS SO ORDERED this 3rd day of May, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0696p001.docx